# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DURAN,<br><br>    Plaintiff,<br><br>v.<br><br>GAIL LEWIS, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00468-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, (Doc. No. 15), DISMISSING THIS ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>ORDER THAT THIS DISMISSAL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE CASE |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2016, the assigned magistrate judge issued findings and recommendations recommending that this matter be dismissed for the failure to state a claim upon which relief may be granted. (Doc. No. 15.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. On October 5, 2016, Plaintiff timely filed objections to the findings and recommendations. (Doc. No. 16.)

///

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Plaintiff's objections merely re-allege the allegations of his complaint that he was housed at Pleasant Valley State Prison from 2004 to 2014, and was exposed to Valley Fever spores, which Defendants never advised the risk of, and that he was at a greater risk of contracting Valley Fever due to this race. As the magistrate judge correctly found, Plaintiff cannot state a claim upon which relief may be granted based solely on the mere exposure to Valley Fever spores. See King v. Avenal State Prison, 2009 WL 546212, at *4 (E.D. Cal. Mar. 4, 2009); Tholmer v. Yates, 2009 WL 174162, at *3 (E.D. Cal. Jan. 26, 2009); Hines v. Yousseff, 2015 WL 164215, at *5 (E.D. Cal. Jan. 13, 2015).

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations filed by the assigned magistrate judge on September 19, 2016 (Doc. No. 15), are ADOPTED IN FULL;
2. This action is dismissed for the failure to state a claim upon which relief could be granted;
3. The Clerk of the Court is directed to close this case; and
4. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated: June 27, 2017

SENIOR DISTRICT JUDGE